UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE LEBLANC,<br><br>                    Plaintiff,<br><br>          v.<br><br>VINCENT RUBIO, et al.,<br><br>                    Defendants. | Case No.: 1:26-cv-02954-JLT-EGC (PC)<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION**<br><br>(Doc. 8)<br><br>**ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO PAY FILING FEE**<br><br>60-Day Deadline |

Plaintiff Antoine LeBlanc is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

## I.       RELEVANT BACKGROUND

Plaintiff filed his complaint on April 20, 2026. (Doc. 1.)

On May 1, 2026, Plaintiff filed a copy of a Trust Account Withdrawal Order dated April 23, 2026, docketed as a Notice of Trust Account Withdrawal Order. (Doc. 5.)

On May 5, 2026, the undersigned issued Findings and Recommendations to Dismiss Action With Prejudice as Plaintiff Has Incurred Three or More Strikes and Does Not Meet the Imminent Danger Exception Under the Prison Litigation Reform Act. (Doc. 8.) Plaintiff was advised that any objections were to be filed within 14 days. (*Id*. at 5-6.)

On May 15, 2026, Plaintiff filed his timely objections. (Doc. 10.)

**II.      DISCUSSION**

Plaintiff objects only "to the 30 day order to pay the filing fee" because he filed this action "with the intent to pay the full $405 filing fee." (Doc. 10 at 1.) Plaintiff explains that shortly after filing the complaint in this action he completed the trust account withdrawal order "for $410 and gave that with a legal letter addressing the USDC Eastern District Clerk with case name and number, to [his] counselor … to sign+ send out per prison procedure." (*Id*.) Plaintiff asserts the procedure "may take up to 3 weeks or more, or less." (*Id*.) Further, Plaintiff states he was transferred to Pelican Bay State Prison on May 4 or 5, 2026, and no longer has access to his legal property and his mail is likely delayed. (*Id*. at 2.) Plaintiff states he has not yet received "a paper copy of" the  Findings and Recommendations but rather "happened upon" that document while performing research on his laptop on May 11. (*Id*.) Further, Plaintiff asserts he has not yet been permitted access to the law library or canteen "to buy supplies (paper, envelopes, forms) and will not get [his] property for a couple weeks, if that." (*Id*.) He states he is not indigent and believes the filing fee was "already sent" but indicates if the prior institution has not yet sent the funds he requested, he "will resend it." (*Id*.) He wishes to avoid sending "another $405 unnecessarily." (*Id*.)

Considering Plaintiff's objections, the undersigned will vacate the Findings and Recommendations previously issued, subject to their reissuance, if the full filing fee is not submitted. To that end, Plaintiff will be granted a 60-day extension of time within which to pay the required filing fee. This should allow sufficient time for Plaintiff to obtain his legal property and learn whether his request to the prior institution was processed prior to his transfer. In the event his request was not processed, a 60-day extension of time should also allow sufficient time for Plaintiff to resubmit such a request to officials at Pelican Bay State Prison. Should Plaintiff learn additional time is needed to complete these tasks, he should seek a further extension of time, explaining the steps he has taken to discover whether his payment request was processed, and if not, what additional steps he has taken, and when, to ensure any new request is submitted and processed.

### III.    CONCLUSION AND ORDER

Accordingly, the Court HEREBY ORDERS that:

1.  The Findings and Recommendations issued May 5, 2026 (Doc. 8) are **VACATED**; and

2.  Plaintiff is **GRANTED** a **60-day extension** of time, from the date of service of this order, within which to submit the full $405 filing fee for this action.

**CAUTION: If Plaintiff fails to submit the full filing fee for this action as ordered, Court will reissue its findings and recommendation to dismiss this action without prejudice**.

IT IS SO ORDERED.

Dated:    **May 19, 2026**                    _____

UNITED STATES MAGISTRATE JUDGE

3