UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE LEBLANC,<br><br>                    Plaintiff,<br><br>          v.<br><br>VINCENT RUBIO, et al.,<br><br>                    Defendants. | Case No.: 1:26-cv-02954-JLT-EGC (PC)<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S CONSTRUED MOTION FOR INJUNCTIVE RELIEF**<br><br>(Doc. 15) |

Plaintiff Antoine LeBlanc is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

**I.       RELEVANT BACKGROUND**

On May 5, 2026, the undersigned issued Findings and Recommendations to Dismiss Action With Prejudice as Plaintiff Has Incurred Three or More Strikes and Does Not Meet the Imminent Danger Exception Under the Prison Litigation Reform Act. (Doc. 8.) More specifically, it was recommended that Plaintiff be precluded from proceeding *in forma pauperis* and that he be ordered to pay the $405 filing fee for this action. (*Id*. at 5.) Any objections were to be filed within 14 days. (*Id*. at 5-6.)

On May 15, 2026, Plaintiff filed his objections. (Doc. 10.)

Thereafter, on May 19, 2026, the undersigned issued an Order Vacating Findings and Recommendations to Dismiss Action and Order Granting Extension of Time Within Which to Pay Filing Fee. (Doc. 11.) Specifically, Plaintiff was granted a 60-day extension of time within which to pay the $405 filing fee. (*Id*. at 3.)

On June 1, 2026, Plaintiff filed a declaration concerning the filing fee (*see* Doc. 12) and on June 22, 2026, Plaintiff filed a motion concerning the filing fee (*see* Doc. 13). Further, he filed

a letter concerning payment of the filing fee on June 26, 2026. (Doc. 14.)

On July 2, 2026, the undersigned issued Findings and Recommendations to Deny Plaintiff's Construed Motion for Injunctive Relief. (Doc. 15.) Objections were to be filed within 14 days. (*Id*. at 6-7.)

On July 6, 2026, Plaintiff paid the $405 filing fee in full. (*See* Docket entry of 7/6/26 [receipt number 100008676].)

## II.    DISCUSSION

As noted above, Plaintiff paid the full filing fee for this action on July 6, 2026. Therefore, the Court will vacate the Findings and Recommendations issued July 2, 2026.

Because the issue of the filing fee has been resolved, Plaintiff's complaint filed April 20, 2026, must now be screened. *See* 28 U.S.C. § 1915A(a). Plaintiff is advised that the undersigned has dozens of prisoner complaints awaiting screening. This Court is one of the busiest district courts in the nation and all judges carry heavy caseloads. Delays, while unfortunate, are inevitable. Further, this Court is operating under a judicial emergency, adding to the delays all litigants will experience. *See* https://www.caed.uscourts.gov/caednew/index.cfm/news/judicial-emergency/. Plaintiff's complaint will be screened in due course.

## III.    CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** that:

1.  The Findings and Recommendations issued July 2, 2026 (Doc. 15) are **VACATED**; and

2.  Plaintiff's complaint filed April 20, 2026, will be screened in due course.

IT IS SO ORDERED.

Dated:    **July 7, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2